UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

TONY WILLIAMS,

        Plaintiff,

v.                                                        Case No. 19-cv-12490

SERGEANT JOHNSON,

        Defendant.
_____/

## ORDER FOR CONTINUED STATUS CONFERENCE AND LIMITED DISCOVERY

        On November 10, 2022, the court convened the parties for a telephonic status conference, held on the record. The parties reported on the progress of the case. Based on those representations, the court resolved to continue the status conference sixty (60) days hence and granted the parties' request to conduct limited discovery during that time period. Accordingly,

        IT IS ORDERED that the parties shall appear for a telephonic status conference on January xx, 2023 at  xx:xx a/p.m.

        IT IS FURTHER ORDERED that the parties shall be permitted to conduct limited discovery between entry of this order and the next status conference.

                                                      s/Robert H. Cleland               /
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated:  November 10, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 10, 2022, by electronic and/or ordinary mail.

                                                        s/Lisa Wagner                   /
                                                        Case Manager and Deputy Clerk
                                                       (810) 292-6522