UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TONY WILLIAMS,
    *Plaintiff,*                              Case No. 2:19-cv-12490
v.                                            Hon. Robert H. Cleland
SERGEANT JOHNSON.

    *Defendant,*
_____/

## CONSENT JUDGMENT IN FAVOR OF PLAINTIFF WILLIAMS AND AGAINST DEFENDANT JOHNSON

WHEREAS, this action, case number 19-cv-12490, was filed by Plaintiff Tony Williams, "Plaintiff," against defendant Derek Johnson ("Defendant"), arising out of an incident that took place on September 1, 2016;

WHEREAS, Plaintiff and Defendant have agreed to resolve this case via this Consent Judgment and a Confidential Settlement Agreement, the enforcement of which this Court shall retain jurisdiction;

NOW THEREFORE, it is hereby ORDERDED, ADJUDGED, and DECREED, that judgment in this matter is entered in the amount of $250,000.00 in favor of Plaintiff Tony Williams and against Defendant Derek Johnson.

                                                  s/Robert H. Cleland
                                                  _____
                                                  U.S. DISTRICT COURT JUDGE

Approved as to Form and Content:

| /s/ Solomon M Radner | /s/ Todd. Perkins |
|---|---|
| Solomon M. Radner (P73653) | Todd Perkins |
| Attorney for Plaintiff | Attorney for Defendant |

**DATED: March 6, 2023**